IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WALTER WAYNE JENNINGS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 12-cv-151-JPG-DGW |
| | ) |
| **IRVING MATERIALS,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated:  June 18, 2013            NANCY J. ROSENSTENGEL, Clerk of Court


                                 s/Brenda K. Lowe, Deputy Clerk


Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**